```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 38479
   NATOCHIA R LEWIS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-6630


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/20/05 and confirmed on 11/04/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  17316.56 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 704.13 | 50.04 | 704.13 |
| CASH NET GLOBAL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY PAYMENT RECOVERY | UNSECURED | 206.08 | 15.49 | 206.08 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 175.00 | 12.95 | 175.00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | .00 | .00 | .00 |
| REWARDS 660 | UNSECURED | 354.19 | 25.36 | 354.19 |
| EDUCATION DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 2484.17 | 176.16 | 2484.17 |
| HOLLYWOOD CASINO | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| LCA VISION | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 355.63 | 25.38 | 355.63 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT MORRIS COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED - C | 3771.68 | 1363.26 | 3771.68 |
| SHORT TERM LOANS LLC | UNSECURED | 491.26 | 35.02 | 491.26 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK PEERLESS FED | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON AVE | UNSECURED | NOT FILED | .00 | .00 |
| XTRA CASH1000 | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY PAYMENT RECOVERY | UNSECURED | 309.00 | 22.63 | 309.00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1328.00 | 94.27 | 1328.00 |

```
COLUMBIA COUNTY CLERK OF UNSECURED       205.34          15.96        205.34
PORTFOLIO RECOVERY ASSOC FILED LATE         .00            .00           .00
WELLS FARGO FINANCIAL AC UNSECURED       819.42          23.03        819.42
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00      7432.22     3771.68     11203.90
PRINCIPAL PAID          .00          .00      7432.22     3771.68     11203.90
INTEREST PAID           .00          .00       496.29     1363.26      1859.55
TOTAL PAID              .00          .00      7928.51     5134.94     13063.45
```

The Debtor's attorney, ZALUTSKY & PINSKI        , was allowed $   3092.25
and was paid $    106.00   direct and $    2986.25   through the plan.

The Trustee received $     674.90 .

Refunds to the Debtor totaled $     591.96 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 05 B 38479 NATOCHIA R LEWIS